FILED

2019 SEP 23 AM 10: 59

CLERK U.S. DISTRICT
CENTRAL DIST. OF
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America
PLAINTIFF(S)

v.

Brandon Becker
DEFENDANT(S).

CASE NUMBER: 19MAG-8952

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: SDNY / FBI / Complaint
in the Southern District of NY on 9/23/19
at _____ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 2012 - 10/2014
in violation of Title 18 U.S.C., Section(s) 1349
to wit: _____

A warrant for defendant's arrest was issued by: Hon. Robert Lehrburger Mag Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 9/23/19, by
_____, Deputy Clerk.

_____
Signature of Agent

SA Kathryn Bailey
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (05/98)         AFFIDAVIT RE OUT-OF-DISTRICT WARRANT