
FILED
CLERK, U.S. DISTRICT COURT

SEP 23 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Brandon Becker, DEFENDANT(S). | CASE NUMBER 19-mj-4006 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for __9/25/19 (Wed.)__, at __1:00__ ☐a.m. / ☒p.m. before the Honorable __J. Chooljian__, in Courtroom __750 (Roybal 7th Fl)__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/23/19__

_____
U.S. District Judge/Magistrate Judge